IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHANE SMITH ENTERPRISES, INC.                                    PLAINTIFF

v.                              No. 4:06CV00376 GH

BANK OF AMERICA, N.A.                                            DEFENDANT

### ORDER

The August 16th motion (#15) of plaintiff to substitute Clayborne S. Stone as its co-counsel in place of Kelly M. DeGostin is hereby granted.

IT IS SO ORDERED this __3__ day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE