IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SHANE SMITH ENTERPRISES, INC.**                                                **PLAINTIFF**

VS.                                    Case No. 4:06-CV-376 GH

**BANK OF AMERICA, N.A.**                                                        **DEFENDANT**

## ORDER

Upon stipulation of the parties, and pursuant to the Protective Order governing this action, the Court directs the Clerk of the Court to remove Docket No. 27 (Reply of Shane Smith Enterprises, Inc. in Support of Motion for Leave to Amend) from the public records and file Docket No. 27 under seal.

IT IS SO ORDERED this 1st of December, 2006.

_____
United States District Judge