IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHANE SMITH ENTERPRISES, INC.                                              PLAINTIFF

v.                            CASE NO. 4:06-CV-00376 GH

BANK OF AMERICA, N.A.                                                      DEFENDANT

BANK OF AMERICA, N.A.                                          THIRD-PARTY PLAINTIFF

v

JESSICA HOPSON and
MELVIN LEWIS WALKER                                       THIRD-PARTY DEFENDANTS

## AMENDED ORDER

Upon motion of the parties (#51) and for good cause shown, the above styled case is continued on the court's calendar to the week of July 23, 2007 in Little Rock and the motion (#51) is granted. This Court's Order (#53) of January 11, 2007 is herby set aside and amended by this Order.

Jury instructions are due July 9, 2007. The discovery cutoff date as to the third party complaint is extended to May 21, 2007. Dispositive motions as to the third party complaint are due June 4, 2007. Pretrial conference information sheets, exhibit and witness lists are due June 18, 2007.

All deadlines set forth in the Court's Final Scheduling Order for Court Trials (#13) and not changed herein remain in effect.

Once counsel for third party defendants have entered an appearance, counsel for plaintiff is directed to supply them with a copy of this order.

Dated this 22nd day of January, 2007.

                                    */s/ George Howard, Jr.*
                                    UNITED STATES DISTRICT JUDGE