# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

SHANE SMITH ENTERPRISES, INC.                                              PLAINTIFF

v.                              NO. 4:06CV00376 JLH

BANK OF AMERICA, N.A.                                                      DEFENDANT/
                                                                THIRD-PARTY PLAINTIFF

v.

JESSICA HOPSON and
MELVIN LEWIS WALKER                                           THIRD-PARTY DEFENDANTS

## ORDER

Having been notified by counsel that a settlement has been reached in this matter between plaintiff Shane Smith Enterprises, Inc. and defendant Bank of America, the Court finds that plaintiff's claims should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant Bank of America be, and they are, hereby dismissed with prejudice.

Third-party plaintiff Bank of America is hereby notified that if no action is taken on the third-party complaint within 30 days of entry of this order, the claims against Jessica Hopson and Melvin Lewis Walker will be dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 14th day of September, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE